Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nisha Brooks-Whittington
Assistant Federal Public Defender
Illinois State Bar No. 6285817
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nisha_Brooks-Whittington@fd.org


*Attorney for Petitioner Jose M. Gonzalez-Amaro

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jose M. Gonzalez-Amaro,<br><br>            Petitioner,<br><br>      v.<br><br>Jason Knight, *et al.*,<br><br>            Respondents. | Case No. 2:26-cv-01210-GMN-BNW<br><br>**Order Granting Stipulation to Extend Time to File Amended Petition (First Request)** |

Petitioner Jose M. Gonzalez-Amaro and Respondents, Jason Knight, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to May 26, 2026.

This extension is warranted because counsel for Mr. Gonzalez-Amaro, Assistant Federal Public Defender Nisha Brooks-Whittington, needs additional time to confer with her client and to gather records to review prior to filing the amended petition.

Currently, the amended petition is due on May 5, 2026. This is the first stipulation for an extension of time for the amended petition.

On May 4, 2026, Mr. Brooks-Whittington conferred with counsel for Respondents, Assistant United States Attorney Tamer B. Botros. AUSA Botros agreed to this twenty-one-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Gonzalez-Amaro to file an amended petition to May 26, 2026 and the response to June 2, 2026.

Respectfully submitted this 5th day of May, 2026.

TODD BLANCHE
Acting Attorney General of the
United States

RENE L. VALLADARES
Federal Public Defender

/s/ Tamer B. Botros
Tamer B. Botros
Assistant United States Attorney

/s/ Nisha Brooks-Whittington
Nisha Brooks-Whittington
Assistant Federal Public Defender

IT IS SO ORDERED:

DATED this __6__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2