Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nisha Brooks-Whittington
Assistant Federal Public Defender
Illinois State Bar No. 6285817
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nisha_Brooks-Whittington@fd.org


*Attorney for Petitioner Jose M. Gonzalez-Amaro


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jose M. Gonzalez-Amaro,

      Petitioner,

    v.

Jason Knight, *et al.*,

      Respondents.

Case No. 2:26-cv-01210-GMN-BNW

**Order Granting Stipulation to Extend Time to File Amended Petition**
**(Second Request)**

Petitioner Jose M. Gonzalez-Amaro and Respondents, Jason Knight, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to June 16, 2026.

This extension is warranted because counsel for Mr. Gonzalez-Amaro, Assistant Federal Public Defender Nisha Brooks-Whittington, needs additional time to obtain and review records necessary to prepare the amended petition. Since the parties' last stipulation, counsel requested Mr. Gonzalez-Amaro's immigration court records but has not yet received them. Counsel also requested records from the government and received those records today. In addition, it appears Mr. Gonzalez-

Amaro has a bond custody hearing scheduled before the immigration court on May 27, 2026.  Counsel needs additional time to obtain any related records and assess how those proceedings may affect the issues presented in this matter and the preparation of the amended petition.

Currently, the amended petition is due on May 26, 2026. This is the second stipulation for an extension of time for the amended petition.

On May 26, 2026, Mr. Brooks-Whittington conferred with counsel for Respondents, Assistant United States Attorney Tamer B. Botros. AUSA Botros agreed to this twenty-one-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Gonzalez-Amaro to file an amended petition to June 16, 2026 and the response to June 23, 2026.

Respectfully submitted this 26th day of May, 2026.

TODD BLANCHE
Acting Attorney General of the
United States

RENE L. VALLADARES
Federal Public Defender

/s/ Tamer B. Botros
Tamer B. Botros
Assistant United States Attorney

/s/ Nisha Brooks-Whittington
Nisha Brooks-Whittington
Assistant Federal Public Defender

**IT IS HEREBY ORDERED** that the deadline for Petitioner to file an Amended Petition is June 16, 2026.

**IT IS FURTHER ORDERED** that the deadline for Respondents to file a Response is June 23, 2026, and Petitioner may file a Reply by June 30, 2026.

**DATED** this __27__ day of May, 2026.

Gloria M. Navarro, District Judge
United States District Court

2