Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nisha Brooks-Whittington
Assistant Federal Public Defender
Illinois State Bar No. 6285817
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nisha_Brooks-Whittington@fd.org


*Attorney for Petitioner Jose M. Gonzalez-Amaro

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jose M. Gonzalez-Amaro,<br><br>      Petitioner,<br><br>    v.<br><br>Jason Knight, *et al.*,<br><br>      Respondents. | Case No. 2:26-cv-01210-GMN-BNW<br><br>**Order Granting Stipulation to Extend Time to File Reply** |

Petitioner Jose M. Gonzalez-Amaro and Respondents, Jason Knight, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file a Reply, moving the deadline to July 10, 2026.

This extension is warranted because counsel for Mr. Gonzalez-Amaro, Assistant Federal Public Defender Nisha Brooks-Whittington will be out of the jurisdiction next week when the Reply is due and needs additional time to review Respondents' response, research the arguments, and prepare the reply.

Currently, the reply is due on June 30, 2026. This is the first stipulation for an extension of time for the reply.

On June 25, 2026, Mr. Brooks-Whittington contacted counsel for Respondents, Assistant United States Attorney Martin J. Mayer. AUSA Mayer agreed to this extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Gonzalez-Amaro to file a reply to July 10, 2026.

Respectfully submitted this 26th day of June, 2026.

TODD BLANCHE
Acting Attorney General of the
United States

/s/ Marin J. Mayer
Martin J. Mayer
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ Nisha Brooks-Whittington
Nisha Brooks-Whittington
Assistant Federal Public Defender

IT IS SO ORDERED:

DATED this _26_ day of June, 2026.

Gloria M. Navarro, District Judge
United States District Court

2